SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-6019 PA (SSx) | Date | March 13, 2009 |
|---|---|---|---|
| Title | L.A. Printex Indus., Inc. v. Macy's Retail Holdings, Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | N/A | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - ORDER TO SHOW CAUSE

     Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 120 days after the complaint is filed. Fed. R. Civ. P. 4(m). In the present case, it appears that this time period has not been met as to defendant Macy's Retail Holdings, Inc. Accordingly, the Court orders plaintiff L.A. Printex Industries, Inc. to show cause in writing on or before March 27, 2009 why this action should not be dismissed as to this defendant for lack of prosecution. Failure to respond to this Order to Show Cause may result in dismissal of this defendant from the action without prejudice.

     IT IS SO ORDERED.