MARK D. BRUTZKUS - Bar No. 128102
TODD M. LANDER - Bar No. 173031
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: 818.827.9000
Facsimile: 818.827.9099
Email:   mbrutzkus@ebg-law.com
         tlander@ebg-law.com

Attorneys for Defendant
PACESETTER FABRICS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MACY'S RETAIL HOLDINGS, INC., a Delaware Corporation; L. SCOTT APPAREL, INC., a California corporation; PACESETTER FABRICS, LLC, and DOES 1-10,<br><br>Defendants. | Case No. CV 08-6019 PA (Ex)<br><br>[PROPOSED] ORDER TO DISMISS WITH PREJUDICE<br><br>Second Amended Complaint Filed:<br><br>July 16, 2009 |

//
//
//
//
//
//
//
//
//
//

-1-
[Proposed] Order To Dismiss With Prejudice

1  The Court, having considered the parties' Stipulation to Dismiss this action in
2  its entirety, and finding good cause therefore, hereby ORDERS that:
3      1.  The Second Amended Complaint filed by Plaintiff L.A. PRINTEX
4  INDUSTRIES, INC., is dismissed, in its entirety, against all parties, with prejudice,
5  pursuant to FRCP 41(a)(1)(A)(ii); and
6      2.  The Third-Party Complaint, and all claims for relief contained therein,
7  by Defendant L. SCOTT APPAREL, INC. against Defendant PACESETTER
8  FABRICS, LLC is dismissed, in its entirety, with prejudice, pursuant to FRCP
9  41(a)(1)(A)(ii);
10  **IT IS SO ORDERED.**

12  Dated: December 23, 2009

   Hon. PERCY ANDERSON
   United States District Court